IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JYMERIA JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number: |
| | ) | 7:17-cv-00804-LSC |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Jymeria Jackson ("Plaintiff"), by and through her undersigned counsel, hereby respectfully notifies the court that Plaintiff and Defendant ProCollect, Inc. have settled their dispute in principle. Once the settlement documents are finalized, said parties intend to file a Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins (ASB-8639-I48A)
**THE ADKINS FIRM, P.C.**
2 Perimeter Park South, Suite 405 E
Birmingham, AL  35243
Telephone:   (205) 206-6718
Facsimile:   (205) 208-9632
Email:   MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff*

1

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, I filed the foregoing paper using the CMECF System, which will send electronic notification of the same to the following counsel of record:

Kirkland E. Reid
JONES WALKER LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602

R. Frank Springfield
Ryan Rummage
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203

                        **/s/ Micah S. Adkins**
                          Micah S. Adkins