FILED
2017 Oct-06  PM 03:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JYMERIA JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 7:17-cv-00804-LSC |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This Court acknowledges receipt of the Joint Stipulation of Dismissal as to Defendant ProCollect, Inc. (Doc. 33) filed on September 29, 2017. Accordingly, Plaintiff's claims against ProCollect, Inc. are hereby DISMISSED WITH PREJUDICE. Each party is to bear its own costs and attorneys' fees.

DONE AND ORDERED ON OCTOBER 6, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485