FILED
2018 Jan-31  PM 02:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JYMERIA JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 7:17-cv-00804-LSC |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | ) |
| Defendants. | ) |

## ORDER

This Court has been advised by the parties that a settlement has been reached in this matter and is being finalized. Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** AND **ORDERED** ON JANUARY 31, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485